**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-6110

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

EDMOND LOWELL HANNAH,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Thomas E. Johnston, District Judge.  (5:94-cr-00010-1)

Submitted:  August 6, 2009          Decided:  August 25, 2009

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Edmond Lowell Hannah, Appellant Pro Se.  John J. Frail, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edmond Lowell Hannah appeals the district court's orders: granting his 18 U.S.C. § 3582(c)(2) (2006) motion and reducing his sentence to 240 months; and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny the motions for appointment of counsel and summary judgment and affirm for the reasons stated by the district court. United States v. Hannah, No. 5:94-cr-00010-1 (S.D. W. Va. Jan. 5, 2009 & Jan. 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2